| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------------x<br>IN RE:<br><br>    DONNA JERSEY,<br><br>                                                *Debtor.*<br>-----------------------------------------------------------------x | <u>Returnable</u>: June 8, 2010 at<br>~~9:15~~ a.m.<br>10:00<br><br>**AMENDED APPLICATION<br>FOR COMPENSATION**<br><br>Case No. 09-37808<br><br>Assigned Judge:<br>Cecelia G. Morris |

Jacobowitz and Gubits, LLP, attorneys for the Debtor, respectfully submits this amended application for compensation for attorney's fees and reimbursements of expenses and represents to the Court as follows:

1. The Debtor, Donna Jersey, filed for relief under Chapter 13 on October 13, 2009.

2. The Debtor resides at 201 Country Club Drive, Apt. #3, Maybrook, New York 12543.

3. The Debtor has proposed a plan in good faith and pays $80.00 per month for thirty-six (36) months for a total of $2,880.00 to the Chapter 13 Trustee.

4. Mid-Hudson Valley Federal Credit Union filed two (2) secured claims in the total amount of $12,385.89 ($3,220.45 and $9,165.44). The security is the Debtor's 1989 Ford Mustang and 2004 Ford Mustang.

7. The Debtor has paid $1,500.00 toward attorney's fees and $274.00 toward expenses.

8. The Applicant has expended in excess of 14.45 hours and $329.82 in expenses.

9. The Applicant's hourly rate is $285.00.

10. The Applicant agreed to a fee of $2,500.00.

11. The Applicant requests an award of attorney's fees and expenses under the Chapter 13 Plan less amounts previously received.

WHEREFORE, it is respectfully requested that the Court confirm the Chapter 13 Plan, authorize payment of $2,500.00, to the Applicant for attorney's fees and $329.82 for out of pocket expenses for a total of $2,829.82 less the $1,774.00 previously paid to cover attorneys fees and expenses for a total due of $1,055.82.

Dated: Walden, New York
May 12, 2010

JACOBOWITZ AND GUBITS, LLP

BY: _____
F. Bryan Paz (5748)
Attorneys for the Debtor
158 Orange Avenue - PO Box 367
Walden, New York 12586
(845) 778-2121

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE:

    DONNA JERSEY,

                      Debtor.
-----------------------------------------------------------------X

CHAPTER 13

Case No. 09-37808

## **ORDER AWARDING COMPENSATION TO JACOBOWITZ AND GUBITS, LLP**

This matter having come before the Court upon application of Jacobowitz and Gubits, LLP, attorneys for the Debtor, seeking an award of compensation for attorney's fees in the amount of $_____, and reimbursements of expenses in the amount of $\_\_\_\_, and the Court having reviewed the application and held a hearing on _____, 2010, it is hereby

ORDERED, that Jacobowitz and Gubits, LLP is awarded compensation of attorney's fees in the amount of $_____ and reimbursement of expenses in the amount of $_____ less the $_____ previously paid to cover attorney's fees and expenses for a total due of $_____.

Dated: Poughkeepsie, New York
       April \_\_\_\_, 2010

                                                          _____
                                                          Cecelia G. Morris, USBJ

EXHIBIT "A"

Jacobowitz & Gubits, LLP
Run: 5/12/2010 11:45:18 AM

# Matter Ledger Report
1/1/1970 to 5/12/2010

Page 1
File: MLDGR

| | | Init Atty | MLC | Michael L. Carey |
|---|---|---|---|---|
| Client | 9309 | Jersey, Donna | Bill Atty | MLC | Michael L. Carey |
| Matter | 001 | Chapter 13 Bankruptcy Proceeding | Resp Atty | FBP | F. Bryan Paz |

## Unbilled Time

| Code | Name | Date | Code | Hours | $ Value | Task | Ref # | Text |
|---|---|---|---|---|---|---|---|---|
| MLC | Michael L. Carey | 06/01/09 | B | 0.50 | 142.50 | | 18U9906 | Meeting with client; |
| MLC | Michael L. Carey | 06/05/09 | B | 0.20 | 57.00 | | 18V0004 | Telephone call with client regarding option; |
| LR | Linda Rodriguez | 06/11/09 | B | 1.20 | 156.00 | | 18T7655 | Telephone call with client requesting information; draft Chapter 13 petition; prepare means test; |
| MLC | Michael L. Carey | 06/17/09 | B | 0.50 | 142.50 | | 18U4060 | Meeting with Donna to discuss matters |
| LR | Linda Rodriguez | 07/20/09 | B | 0.30 | 39.00 | | 18Y1675 | Update petition; draft email to client requesting additional updated information; |
| LR | Linda Rodriguez | 09/09/09 | B | 0.30 | 39.00 | | 1958889 | Review draft petition for information needed from client; draft email to client requesting same; |
| LR | Linda Rodriguez | 09/14/09 | B | 0.25 | 32.50 | | 1958904 | Draft Form 4506-T; email same to client requesting information; |
| LR | Linda Rodriguez | 10/09/09 | B | 0.25 | 32.50 | | 1989182 | Finalize petition; |
| MLC | Michael L. Carey | 10/09/09 | B | 1.00 | 285.00 | | 1994812 | Meeting with client to go over petition; |
| LR | Linda Rodriguez | 10/13/09 | B | 0.40 | 52.00 | | 1989193 | Electronically file Chapter 13 Petition and Plan; |
| LR | Linda Rodriguez | 10/13/09 | B | 0.25 | 32.50 | | 1989196 | Draft letters to Jeff Sapir, Eric Small and client forwarding copy of filed petition and plan; |
| LR | Linda Rodriguez | 10/30/09 | B | 0.20 | 26.00 | | 19A8015 | Follow-up in connection with Trustee's document request; |
| LR | Linda Rodriguez | 11/02/09 | B | 0.20 | 26.00 | | 19B9325 | Draft letter to Jeff Sapir sending documents per his document request; |
| LR | Linda Rodriguez | 11/05/09 | B | 0.20 | 26.00 | | 19B9356 | Forward 2005, 2006 and 2007 tax returns to Jeff Sapir; |
| MLC | Michael L. Carey | 11/23/09 | B | 1.00 | 285.00 | | 19E8046 | Attend 341 meeting in Pough. |
| LR | Linda Rodriguez | 12/18/09 | B | 0.15 | 19.50 | | 19H4049 | Draft email to Martin Mooney requesting reaffirmation agreements; |
| MLC | Michael L. Carey | 12/28/09 | B | 0.20 | 57.00 | | 19I6388 | Prepare for confirmation; |
| MLC | Michael L. Carey | 12/29/09 | B | 1.00 | 285.00 | | 19I6365 | Attend confirmation hearing; |
| MLC | Michael L. Carey | 03/09/10 | B | 2.50 | 712.50 | | 19U5414 | Attend confirmation hearing in Poughkeepsie; |
| LR | Linda Rodriguez | 03/10/10 | B | 0.30 | 39.00 | | 19T2986 | Draft application for compensation; |
| MLC | Michael L. Carey | 03/10/10 | B | 0.40 | 114.00 | | 19U5570 | Meeting with Ms. Jersey RE: claim and taxes |
| LR | Linda Rodriguez | 03/31/10 | B | 0.10 | 13.00 | | 19V1455 | Draft consent to change attorney; |
| LR | Linda Rodriguez | 04/13/10 | B | 0.75 | 97.50 | | 19Z5374 | Finalize draft Application for Compensation and prepare confirmation worksheet; |
| LR | Linda Rodriguez | 04/13/10 | B | 0.45 | 58.50 | | 19Z5391 | Prepare J&G's application for compensation; |
| LR | Linda Rodriguez | 04/14/10 | B | 0.10 | 13.00 | | 19Z5393 | Draft letter to Martin Mooney regarding reaffirmation agreement; |
| LR | Linda Rodriguez | 04/15/10 | B | 0.15 | 19.50 | | 19Z5433 | Electronically file Application for Compensation; |
| FBP | F. Bryan Paz | 04/19/10 | B | 0.75 | 187.50 | | 1A00372 | meet with client at office regarding her bankruptcy petition; information needed; |
| LR | Linda Rodriguez | 04/20/10 | B | 0.15 | 19.50 | | 19Z5492 | Draft letter to Jeff Sapir requesting adjournment of confirmation hearing; |
| LR | Linda Rodriguez | 04/20/10 | B | 0.20 | 26.00 | | 19Z5496 | Receipt and review of Part 2 credit counseling certificate from client; draft Form 23 and email to client with instructions; |
| LR | Linda Rodriguez | 04/21/10 | B | 0.35 | 45.50 | | 19Z5575 | Locate address for HSBC/Best Buy and resend application for compensation and draft affidavit of mailing; |
| LR | Linda Rodriguez | 04/28/10 | B | 0.15 | 19.50 | | 19Z5598 | Draft letter to client advising of confirmation hearing adjourned to May 18, 2010; |

| | | | Hours | $ Value | | | |
|---|---|---|---|---|---|---|---|
| | Billable | | 14.45 | 3,100.00 | | | |
| | Non-Billable | | 0.00 | 0.00 | | | |
| | Suppressable | | 0.00 | 0.00 | | | |
| | Total | | 14.45 | 3,100.00 | | | |

## Unbilled Expenses

| Code | Name | Date | $ Value | Ck # | Ck Date | Ref # | Text |
|---|---|---|---|---|---|---|---|
| S5N | Search Fee | 03/31/10 | 0.08 | | | 19Y4772 | |
| P4 | Postage | 04/13/10 | 10.92 | | | 19W5792 | |

Jacobowitz & Gubits, LLP  
Run: 5/12/2010 11:45:18 AM

# Matter Ledger Report
1/1/1970 to 5/12/2010

Page 2  
File: MLDGR

| Client | 9309 | Jersey, Donna | | Init Atty | MLC | Michael L. Carey |
| Matter | 001 | Chapter 13 Bankruptcy Proceeding | | Bill Atty | MLC | Michael L. Carey |
| | | | | Resp Atty | FBP | F. Bryan Paz |

## Unbilled Expenses

| Code | Name | Date | $ Value | Ck # | Ck Date | Ref # | Text |
|---|---|---|---|---|---|---|---|
| P1 | Photocopy Expense | 04/13/10 | 8.40 | | | 19Z5480 | |
| P4 | Postage | 04/14/10 | 0.52 | | | 19W8051 | |
| P4 | Postage | 04/16/10 | 0.52 | | | 19X1613 | |
| F2 | Fax Expenses | 04/20/10 | 0.90 | | | 19X6233 | |
| P4 | Postage | 04/21/10 | 0.52 | | | 19X7976 | |
| P4 | Postage | 04/28/10 | 0.52 | | | 19Y8210 | |
| P1 | Photocopy Expense | 04/28/10 | 0.20 | | | 19Z5639 | |
| T2 | Telephone Charges | 04/30/10 | 0.90 | | | 1A01586 | |
| | Advanced | | 0.00 | | | | |
| | Non-Cash | | 23.48 | | | | |
| | Total | | 23.48 | | | | |

## Receipts

| | Date | Acct | $ Value | Ck # | Text |
|---|---|---|---|---|---|
| | 06/10/09 | P | 500.00 | 317 | Jersey, William H. |
| | 09/14/09 | P | 1,274.00 | 1080 | Jersey, Donna |
| | 11/12/09 | P | -274.00 | | Bill Prepaid Transfer |
| | 11/12/09 | A | 274.00 | | Bill Prepaid Transfer |
| | 05/07/10 | A | 55.82 | 1425 | Jersey, Donna |
| Applied | | | 329.82 | | |
| Prepaid | | | 1,500.00 | | |
| Total | | | 1,829.82 | | |

## Bills

| Number | Date | Total | Fees | Expenses | Balance Due Total | Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 200252 | 11/12/09 | 274.00 | | 274.00 | | | |
| 203356 | 03/29/10 | 55.82 | | 55.82 | | | |
| | Total | 329.82 | 0.00 | 329.82 | 0.00 | 0.00 | 0.00 |

## Billed Expenses

| Code | Name | Date | $ Value | Ck # | Ck Date | Ref # | Text |
|---|---|---|---|---|---|---|---|
| T2 | Telephone Charges | 10/01/09 | 0.12 | | | 19A2292 | |
| F1N | Filing Fee | 10/13/09 | 274.00 | | | 1981521 | |
| P1 | Photocopy Expense | 10/13/09 | 36.60 | | | 1987021 | |
| P4 | Postage | 10/14/09 | 7.98 | | | 1983392 | |
| T2 | Telephone Charges | 11/01/09 | 0.10 | | | 19B3463 | |
| P1 | Photocopy Expense | 11/02/09 | 4.00 | | | 19B0126 | |
| P1 | Photocopy Expense | 11/02/09 | 0.20 | | | 19B9379 | |
| P1 | Photocopy Expense | 11/02/09 | 0.20 | | | 19C5013 | |
| P4 | Postage | 11/03/09 | 1.47 | | | 19B1117 | |
| P4 | Postage | 11/05/09 | 1.47 | | | 19B4344 | |
| P1 | Photocopy Expense | 11/05/09 | 3.60 | | | 19B5181 | |
| S5N | Search Fee | 01/01/10 | 0.08 | | | 19L6575 | |

Jacobowitz & Gubits, LLP
Run: 5/12/2010 11:45:18 AM

# Matter Ledger Report
1/1/1970 to 5/12/2010

Page 3
File: MLDGR

| Client | 9309 | Jersey, Donna | | Init Atty | MLC | Michael L. Carey |
|---|---|---|---|---|---|---|
| Matter | 001 | Chapter 13 Bankruptcy Proceeding | | Bill Atty | MLC | Michael L. Carey |
| | | | | Resp Atty | FBP | F. Bryan Paz |

―――――――――――――――――Billed Expenses―――――――――――――――――

| Code | Name | Date | $ Value | Ck # | Ck Date | Ref # | Text |
|---|---|---|---|---|---|---|---|
| | Advanced | | 0.00 | | | | |
| | Non-Cash | | 329.82 | | | | |
| | Total | | 329.82 | | | | |

―――――――――――――――――Summary―――――――――――――――――

| | Current | 31-60 | 61-90 | Over 90 | Trust Bal | Prepaid Bal | WIP Carried Forward |
|---|---|---|---|---|---|---|---|
| Aged Wip: | 509.90 | 13.08 | 865.50 | 1,735.00 | 0.00 | 1,500.00 | 3,100.00 |
| Aged A/R: | 0.00 | 0.00 | 0.00 | 0.00 | | | 23.48 |
| | | | | | | | 3,123.48 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE:

    DONNA JERSEY,

              Debtor.
-----------------------------------------------------------------X

CHAPTER 13

CASE NO. 09-37808

STATE OF NEW YORK   )
                           )ss.:
COUNTY OF ORANGE   )

    Eileen Krinke, being duly sworn, deposes and says:

    1.    I am not a party to the action, am over 18 years of age and reside at ~~Bloomingburg,~~ Rock Tavern, New York.

    2.    On May 12, 2010, I served a true copy of the annexed Amended Application for Compensation in the above-entitled action by mailing same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

                See Exhibit "B" Attached

                                            _____
                                            Eileen Krinke

Sworn to before me this 12th day of May, 2010.

_____
Notary Public - State of New York

SARAH LAGRANDE
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01LA6109240
QUALIFIED IN DUTCHESS COUNTY
COMMISSION EXPIRES APRIL 26, 2012

EXHIBIT "B"

***0937808***

ALBANY MEDICAL CENTER
ATTN: PRESIDENT
PO BOX 32512
EAST HARTFORD, CT 06108


ALBANY MEDICAL CENTER HOSPITAL
ATTN: PRESIDENT
PO BOX 32512
EAST HARTFORD, CT 06108


ALBANY MEDICAL COLLEGE PHYSICI
ATTN: PRESIDENT
PO BOX 32511
HARTFORD, CT 06150-2511


CAPITAL ONE BANK (USA) NA
ATTN: PRESIDENT
PO BOX 71083
CHARLOTTE, NC 28272-1083


CHASE
ATTN: PRESIDENT
PO BOX 15153
WILMINGTON, DE 19886-5153


CHASE
ATTN: PRESIDENT
800 BROOKSEDGE BLVD
WESTERVILLE, OH 43081


GEMB/WAL-MART
ATTN: PRESIDENT
PO BOX 530927
ATLANTA, GA 30353-0927

HSBC BANK
ATTN: PREISDENT
PO BOX 5253
CAROL STREAM, IL 60197


HSBC/BEST BUY
ATTN: PRESIDENT
PO BOX 17298
BALTIMORE MD 21297-1298


MID-HUDSON VALLEY FCU
ATTN: PRESIDENT
1066 MORTON BLVD
KINGSTON, NY 12401


MID-HUDSON VALLEY FCU - VISA
ATTN: PRESIDENT
PO BOX 41769
PHILADELPHIA, PA 19101-1769


MID-HUDSON VALLEY FEDERAL CU
ATTN: PRESIDENT
1066 MORTON BLVD
KINGSTON, NY 12401


MID-HUDSON VALLEY FEDERAL CU
ATTN: PRESIDENT
1066 MORTON ROAD
KINGSTON, NY 12401


OSTRER & ROSENWASSER
201 WARD STREET
BOX 69
MONTGOMERY, NY 12549

OSTRER & ROSENWASSPER LLP
111 MAIN STREET
BOX 509
CHESTER, NY 10918


OVERTON RUSSELL DOERR & DONOVA
ATTN: PARTNER
PO BOX 437
CLIFTON PARK, NY 12065-0437


OVERTON RUSSELL DOERR & DONOVA
ATTN: PARTNER
PO BOX 437
CLIFTON PARK, NY 12065-0737


WAL-MART
ATTN: PRESIDENT
PO BOX 530927
ATLANTA, GA 30353-0927


DEILY MOONEY & GLASTETTER LLP
ATTN: MARTIN A MOONEY ESQ
8 THURLOW TERRACE
ALBANY NY 12203

JEFFREY L. SAPIR ESQ
399 KNOLLWOOD ROAD
WHITE PLAINS, NEW YORK 10603

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: ERIC SMALL, ESQ.
74 CHAPEL STREET - SUITE 200
ALBANY, NEW YORK 12207